JUNE 29, 2001

No. 00–268. ZALAWADIA *v.* ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *INS* v. *St. Cyr, ante,* p. 289.

No. 00–285. MCQUEEN *v.* SOUTH CAROLINA DEPARTMENT OF HEALTH AND ENVIRONMENTAL CONTROL, OFFICE OF OCEAN AND COASTAL RESOURCE MANAGEMENT. Sup. Ct. S. C. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Palazzolo* v. *Rhode Island, ante,* p. 606.

No. 00–523. OBAJULUWA *v.* ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *INS* v. *St. Cyr, ante,* p. 289.

No. 00–668. IMMIGRATION AND NATURALIZATION SERVICE *v.* YOUR KHORN. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Zadvydas* v. *Davis, ante,* p. 678.

No. 00–750. IMMIGRATION AND NATURALIZATION SERVICE *v.* SRIMENAGSAM. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Zadvydas* v. *Davis, ante,* p. 678.

No. 00–751. IMMIGRATION AND NATURALIZATION SERVICE *v.* MOUNSAVENG. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Zadvydas* v. *Davis, ante,* p. 678.

No. 00–752. FASANO, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, ET AL. *v.* MINH NHAT PHAN. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Zadvydas* v. *Davis, ante,* p. 678.